MORRIS COUNTY FAIR HOUSING COUNCIL v. DEPARTMENT
OF ENVIRONMENTAL PROTECTION.

July 11, 1985.

Petition for certification denied.

MORRIS COUNTY FAIR HOUSING COUNCIL v. DEPARTMENT
OF ENVIRONMENTAL PROTECTION.

July 11, 1985.

Petition for certification denied.

OVERLOOK HOSPITAL v. J. RICHARD GOLDSTEIN.

MORRISTOWN MEMORIAL HOSPITAL v. J.
RICHARD GOLDSTEIN.

July 11, 1985.

Motions for leave to appeal are granted; and it is further

ORDERED that partial relief is granted, limited solely to the
extent that

1) in the pending administrative hearing on the Commission-
er's recommended denials of movants' applications for a certifi-
cate of need, movants' will be permitted to address the Commis-
sioner's decision granting a certificate of need to Newark Beth
Israel Medical Center, and

2) movants' appeals to the Appellate Division from the Com-
missioner's decision granting a certification of need to Newark